```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:          NOV 10 2014
DATE FILED:
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

DONNA MITCHELL,                                       :

                       *Plaintiff,*        :

        -against-                                  :

WE ARE SOCIETY6, LLC,                                :

                   *Defendants.*       :

-------------------------------------------------------x

Civil Action No. 1:14-cv-08172-AJN

**STIPULATION EXTENDING**
**TIME TO RESPOND**
**TO COMPLAINT**

## JOINT STIPULATION AND AGREEMENT FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Donna

Mitchell, and Defendant, We Are Society6, LLC, through their undersigned counsel that the time

for Defendant, We Are Society6, LLC to respond to the Complaint in the above-captioned civil

action be extended until December 10, 2014 and that Defendant waives objections to service and

consents to the jurisdiction of this Court.

Dated: November 6, 2014

                                     Dated: November __, 2014

Martin Schwimmer
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Tel: (914) 288-0022
Fax: (914)288-0023

Edward C. Greenberg, Esq.
570 Lexington Avenue, 19th Floor
New York, New York 10022
Tel: (212) 697-8777
Fax: (212) 697-2528

*Counsel for Defendant We Are Society6, LLC*

*Counsel for Plaintiff Donna Mitchell*

**SO ORDERED:**

**U.S.D.J.**

11/10/14